# Agreement Between

# Painters & Allied Trades District Council 35



# and

# Painting & Finishing Employers Association of New England, Inc.

# &

# Glass Employers Association of New England, Inc.

Effective July 1, 2021
Expires June 30, 2025

(F.) The Industry Betterment Fund Trustees shall only be Employer representatives appointed by the ASSOCIATION.

SECTION 7. LABOR MANAGEMENT COOPERATION INITIATIVE

The Employer, as defined in the National Trust Indenture executed by and between the International Union of Painters & Allied Trades and employer associations in the industry agrees to make payment to the Industry Betterment Fund "for each Employee covered by this Agreement. From the funds collected in the above manner, the Trustees of the Industry Betterment Fund shall hold in trust the sum of ten cents ($.10) per hour, for each hour or portion thereof on all hours worked and remit said sum to the Painters & Allied Trades Labor Management Cooperation Initiative at such regular periods of time and in the manner and form as shall be determined by the Trustees of the National Fund from time to time.

SECTION 8. FOUNDATION FOR FAIR CONTRACTING

The Employer, as defined in the Agreement and Declaration of Trust Foundation for Fair Contracting of Massachusetts Trust Fund dated August 1, 1992, executed by and between various local construction unions and employer associations in the construction industry, agrees to make payment to the Industry Betterment Fund for each Employee covered by this Agreement. From the funds collected in the above manner, the Trustees of the Industry Betterment Fund shall hold in trust the sum of two cents ($.02) per hour, for each hour or portion thereof on all hours worked, and remit said sum to The Foundation For Fair Contracting of Massachusetts at such regular periods of time and in the manner and form as shall be determined by the Trustees of the Foundation For Fair Contracting of Massachusetts Trust Fund from time to time.

SECTION 9. LABOR/MANAGEMENT COOPERATION TRUST

There will be a Board of Trustees represented equally by both parties. The ASSOCIATION and the UNION shall indicate by name which individuals are the Trustees. Each Employer subscribes to and agrees to be bound by the Fund's Agreement and Declaration of Trust and any amendments thereto and to pay into the fund such amount per hour as the parties hereto shall agree. All monies received shall be kept in a separate account or accounts and shall not be commingled with any other fund. Payments into this fund are to be made on all hours worked in accordance with the provisions of Article IX.

## ARTICLE IX
## FUNDS GENERAL REQUIREMENTS

SECTION 1. PROBATIONARY CONTRACTOREMPLOYER OBLIGATIONS

Any new Employer or any Employer without a history of contributing to the Funds for twenty-four (24) months or any Employer whose principal place of business is located

outside the territorial jurisdiction of DC 35 or any Employer who becomes delinquent in its contributions to the Funds will be considered a Probationary Employer for a period of twenty-four months. Any or all of the following terms and conditions will be required of Probationary Employers:

(A) Pursuant to the provisions of the Security Deposit Agreement that is executed by probationary and/or new contractors, as may be established from time to time by the Funds, a Security Deposit shall be required in either the form of a certified check in the amount of $8,000 for employers with 1-3 employees; $14,000 for employers with 4-6 employees; $21,000 for employers with 7-9 employees and $27,000 for employers with 10 or more employees or a fringe benefit bond in an amount not less than $100,000 issued by an A-rated carrier approved by the Commonwealth of Massachusetts or in some other amount as may be determined by the Trustees based upon the facts and circumstances of any particular case. The bond must state that the Fund Office has at least ninety (90) days to notify the surety company of a delinquency. The security deposit shall be utilized to pay any delinquencies, interest, legal fees, auditor's fees, audit refusal penalties and/or assessed penalties due the Funds, to pay any wages due employees or to satisfy any claims under Section Any balance remaining shall be used to satisfy Joint Trade Board awards.

(B.) Weekly submittal of contributions and hours.

(C.) The appointment of a job Steward from DC 35 shall be at the discretion of the UNION on all jobs. Contractors will receive notice within twenty-four (24) hours of said appointment.

SECTION 2. REPORTING REQUIREMENTS

(A.) Weekly reports are due via the Funds' online remitting system I-Remit on the Wednesday of the week following the week in which the work was performed. A late notice will be issued to employers failing to make timely payment. If the contributions and or reports are not received within five (5) days of the date of the notice, the Employer shall be deemed to have violated the contract and Section 3 will be enforced.

(B.)Monthly reports are due on the fifth (5th) day of the month following the month in which the work was performed. and must be submitted via the Funds' online remitting system. A late notice will be issued to employers failing to make timely monthly payments. If the contributions and/or reports are not received within ten (10) days of the date of the notice the employers shall be deemed to have violated the contract and Section 3 will be enforced.

(C.) Contractors not employing members must submit a report online via the Funds' online remitting system.

(D.) Inactive Employers who maintain inactivity for more than three (3) months must submit their "inactive status" in writing to the Fund Office.

(E.) All Employer contributions for Pension, Health Benefits, Apprentice, Industry Betterment, Annuity Funds, and all monies withheld for Dues Check- Off, Political-Public Relations and Organizing Fund shall be reported monthly or weekly on an hours worked basis, as the case may be, via the Funds' online remittance system.

(F.) Any Employer that maintains a timely contribution record for six (6) months may, upon approval of the Trustees, submit contributions monthly. The return of a security deposit or release of bond obligation will be reviewed by the Fund Trustees after timely submittal of contributions and/or reports during the probationary period of twenty four (24) months and released at their discretion. An audit of an Employer's books and records, as provided for in this Agreement, will be performed prior to the release of any Security Deposit.

SECTION 3. FAILURE TO PAY

3-1. Contributions shall be considered delinquent if not received by the 26th day of the month following the month the work was performed or for weekly submittals, the Wednesday of the week following the week in which the work is performed. Interest charged at the rate of 1 1/2% per month or prorated at that rate for weekly submittals will be assessed for any delinquent contributions which are not paid in violation of this Agreement.

3-2. In the event an Employer is delinquent or fails to abide by Article IX, Sections 1, 2 and/or 8 said case will be reviewed by the Fund's Trustees and the following delinquency procedure will be enforced.

(A.) A Recommendation by the Trustees to the UNION for Removal of Its Members from Said Employer's Jobs. Payment of fund contributions and the payment of wages for a member(s) pursuant to this Section may also be withdrawn from the security deposit. Payment of wages and benefits lost by a steward appointed by the UNION will also be deducted from the security deposit. Deductions from the security deposit must be replaced by an Employer prior to continuation of work. The UNION shall have the power to withhold its members upon the recommendation of the Trustees and shall not be liable for withholding its members upon the recommendation of the Trustees.

(B.) A Referral of the Delinquent Employer by the Trustees to the Joint Trade Board for Determination or Action.

(C.) An Invocation of The Arbitration Procedure or Referral of The Delinquent Employer by The Trustees or Joint Trade Board to Legal Counsel to Bring Action on Behalf of The Plan Pursuant to Section 502 (G) (2) And 515 Of BRISA to Enforce the Employer's Obligation.

(D.) In any action in which a decision or judgment is awarded in favor of the Funds, the Employer shall pay to the Funds, in accordance with the court's award or other decision:

i.      The unpaid contributions, plus

21

    ii.    Interest on the unpaid contributions, determined at the rate of 1 ½ % each month, plus

    iii.    Liquidated damages equal to the greater of
- (a.) The amount of interest charges on the unpaid contributions, or
- (b.) 20% (higher percentage, if permitted by Federal or State Law) of the unpaid contribution fee, plus

    iv.    Reasonable attorney's fees and cost of the action, and

    v.    Such other legal or equitable relief as the court deems appropriate

## SECTION 4. COLLECTION AGENCY

Collection and enforcement of delinquency procedures will be designated to the Fund Office on behalf of the Trustees. Payments to all funds will be made to designated authorized collecting agencies.

## SECTION 5. RULES AND REGULATIONS

It is agreed that the employees, independent Employers, the ASSOCIATION and the UNION will be bound in all respects by the rules and/or regulations established by the Trustees of any of the Funds.

## SECTION 6. AGREEMENT TERMINATED

If, within ten (10) days after receipt of a delinquency notice, any Employer has not made the required payments, including any payments of liquidated damages, the UNION may, in its discretion, terminate the Employer's collective bargaining Agreement with the UNION. Such termination shall not affect any obligations of the Employer or the UNION arising under the Agreement prior to the termination date.

## SECTION 7. RENEWAL OF TERMINATED AGREEMENT

As a condition of renewing the Agreement, the UNION may require the Employer to meet the standards specified for probationary contractors as defined herein.

## SECTION 8. EMPLOYER AUDITS

It is agreed that any and all records necessary to establish accurately the correct hours upon which contribution should be based shall be made available to an auditor appointed by the Trustees. All Employers are subject to periodic audits. Failure to produce all requested records for the auditor within ten (10) days after notification shall be deemed a violation of the Agreement. The following items must be made available to the auditor:

1. All Employee payroll cards and/or payroll journals and cancelled payroll checks if required.
2. Copies of W-2 forms filed for all Employees.

3. Copies of W-3 forms filed for each year.
4. All Internal Revenue Service quarterly returns and annual reports (Forms 941 and 940) cancelled checks supporting payment of same.
5. A copy of the business tax return lines reflecting their cost of goods sold schedule and other deductions with supporting invoices or other evidence.
6. All cash disbursement records, general ledgers, sales journals and other books and records used in arriving at subcontracting.
7. Copies of 1099 forms and 1096 forms.
8. All of the above information as it applies to any affiliated company and/or individual employed as a subcontractor during the audit period in question.

SECTION 9.  AUDIT DISCREPANCIES

An Employer will be notified of any discrepancies revealed during the audit of its books and records. If an Employer has not made the required payment or submitted documentation to clarify discrepancies to the Fund Office within ten (10) Days' after receipt of the audit billing, Section 3 of this Agreement will be enforced. An Employer will be responsible for the audit fee when billed charges exceed $1,000.00 or all records indicated in Section 8 are not made available to the auditor on the scheduled audit date.

SECTION 10. PENALTY

An Employer who violates this Agreement by refusing to allow an audit of its records to be conducted, shall be assessed a penalty of $2,000. This penalty shall be in addition to any other remedies available to the Trustees of the employee benefit funds and the UNION as set forth in Declarations of Trust of the various employee benefit funds. If all records required by this Agreement are not made available to the auditor at the initial audit, the Employer will be responsible for the audit cost and any subsequent audit costs for procurement of a complete audit. In addition, failure to provide all requested audit records is the equivalent of an audit refusal and the Employer may also be assessed the $2,000 penalty.

SECTION 11. CONTRIBUTION OBLIGATIONS

Any Employer who is excused, relieved or not obligated to remit contributions to any of the Funds provided for in this Agreement, by reason of any agreement ruling of any tribunal or court, or for any other reason, shall be required instead to make the equivalent hourly contribution(s) to the Painters & Allied Trades District Council No. 35 Finishing Trades Institute.

## ARTICLE X
## DUES CHECK-OFF

SECTION 1. GENERAL OBLIGATIONS

Every Employer signatory to this Agreement hereby agrees to check-off from wages of any Employee employed by such Employer during the term of this Agreement's