Chairman - Secretary
**Thomas S. Gunning**
PFEANE, Inc.
GEANE, Inc.

Treasurer
**Christian Brennan**
District Council No. 35

NEW ENGLAND (MA, ME, NH, VT)

*PAINTING, FINISHING & GLAZING*

*DC 35 Joint Trade Board*

Painters and Allied Trades District Council No. 35
Labor & Management Working Together in MA, ME, NH, VT

CERTIFIED MAIL

FAC-528

April 15, 2025

Mr. Chuck Kornely
New England Fiberglass Windows LLC
60 Pinehurst Dr,
Boxford, MA 01921

Dear Mr. Kornely:

    This matter came before the New England Painting, Finishing & Glazing DC 35 Joint Trade Board at a hearing on April 3, 2025, at the offices of Painters & Allied Trades District Council 35, 25 Colgate Road, Roslindale, MA. You were not present at the meeting as the Company's owner.

    Heather Palmacci, DC 35 Funds office, presented evidence supporting the charge. Ms. Palmacci testified that the charge against the company involved violation of the Working Agreement, specifically Article IX, Section 3, <u>Failure to Pay.</u>

    Ms. Palmacci testified that the Company owes payments for delinquencies dating from August 2024 through December 2024 in the amount of $23,884.31.

    The Board voted that New England Fiberglass Windows LLC owes in the amount of $23,884.31 and a $500 administrative fee. Therefore, a check should be made payable to the New England Painting, Finishing & Glazing DC 35 Joint Trade Board and mailed to New England Painting, Finishing & Glazing DC 35 Joint Trade Board, 100 Grossman Drive, Suite 300, Braintree, MA 02184 within ten (10) days following the receipt of this Award.

| New England Fiberglass Windows LLC | |
|---|---:|
| Wage and Fringes Owed: | $23,384.31 |
| Administrative Fee: | $500.00 |
| **Total Award Owed:** | **$23,884.31** |

    In the event that the company fails to comply with any of the terms of this Award and the Union prevails at any proceeding to obtain judicial enforcement of the Award, the Union's reasonable attorney's fees incurred in such proceedings, as determined by the court on an application for attorney's fees, shall be deemed and, hereby is, a part of this Award. In addition to attorney's fees the Union shall be entitled to pre-judgment interest on any amount found to be owed by the company from a date ten (10) days after

the company's receipt of the Award, which interest shall be calculated at 1-1/2 % above prime up to $500.00 and 2% above prime over $500.00 or any other higher amount allowed by law or regulation.

The Board voted unanimously for the findings, conclusions and awards set forth herein and has also authorized DC #35 to pull any members from your jobs.

For your information, a copy of the Appeal Procedure is attached hereto.

Very truly yours,

Thomas S. Gunning
Chairman-Secretary

Enc.
cc:   Christian Brennan, Bus. Mgr. DC#35
      Deborah Cotter, Funds Adm. DC#35
      Heather Palmacci, Collections Mgr.
      Michael Feinberg, Feinberg, Dumont, and Brennan
      Michael McNally, Fox Rothschild
      Elizabeth A. Hearne, Registered Agent