# Painters & Allied Trades District Council No. 35 Trust Funds

**UNION TRUSTEES**
CHRISTIAN BRENNAN, *Sec. Treas.*
RYAN COLON
JUSTIN DESMOND
JOSEPH GUARINO
JOSEPH NARDELLI
JORGE RIVERA

**FUND OFFICE**
25 COLGATE ROAD
SUITE 204
Roslindale, MA 02131-1105
Telephone (617) 524-1240
Or (800) 799-1240
Fax No. (617) 524-3557
Fax No. (617) 524-0227

**EMPLOYER TRUSTEES**
THOMAS STEEVES, *Chairman*
THOMAS S. GUNNING
MARK E. KENNEDY
LAURENCE MILLER
MATTHEW SOEP
PETER TOWNSEND

DEBORAH COTTER, FUND ADMINISTRATOR

June 20, 2025

New England Fiberglass Windows, LLC
60 Pinehurst Drive
Attn: Chuck Kornely
Boxford, MA 01921

Re: Payroll audit for the period 6/1/22 - 4/30/25

Dear Sir/Madam:

The following amounts detailed below are immediately due and owing to Painters & Allied Trades District Council #35 Trust Funds pursuant to an audit of New England Fiberglass Windows, LLC's books and records:

| | | |
|---|---|---:|
| Health | $ | 22,796.78 |
| Pension | | 16,836.69 |
| Training | | 4,074.67 |
| Betterment | | 1,630.49 |
| Labor/Mngmt | | 2,552.59 |
| Annuity | | 20,588.04 |
| PAC | | 340.57 |
| Organizing | | 1,929.73 |
| Vacation | | 2,270.19 |
| Dues | | 2,859.00 |
| Interest | | 9,434.56 |
| Audit Cost | | 1,914.00 |
| Total: | $ | 87,227.31 |

The breakdown of discrepancies is attached.

Please submit your check in the amount of **$87,227.31** within ten (10) days of the date of this letter to avoid further action.

Sincerely,

*Emily Colby*

Emily Colby
Collections Specialist



**District Council 35 Employee Benefit Funds**

## PAYROLL COMPLIANCE REVIEW

### SUMMARY

EMPLOYER: New England Fiberglass Windows, LLC

REVIEW PERIOD: June 2022 - April 2025

| | 2022 | 2023 | 2024 | TOTAL |
|---|---|---|---|---|
| Health & Welfare | $ 301.50 | $ 1,625.96 | $ 20,869.32 | $ 22,796.78 |
| Pension | 391.95 | 1,861.98 | 14,582.76 | 16,836.69 |
| Annuity | 386.93 | 1,960.46 | 18,240.65 | 20,588.04 |
| Training | 58.63 | 297.51 | 3,718.53 | 4,074.67 |
| Industry Betterment | 22.45 | 119.98 | 1,488.06 | 1,630.49 |
| Labor / Management Fund | 28.48 | 150.58 | 2,373.53 | 2,552.59 |
| PAC Deduction | 5.03 | 25.51 | 310.03 | 340.57 |
| Organization Deduction | 28.48 | 144.51 | 1,756.74 | 1,929.73 |
| Vacation Fund | - | - | 2,270.19 | 2,270.19 |
| Dues % of Wages | 54.98 | 344.76 | 2,459.26 | 2,859.00 |
| **TOTAL CONTRIB. DUE** | **$ 1,278.43** | **$ 6,531.25** | **$ 68,069.07** | **$ 75,878.75** |

BOSTON | 33 Harrison Avenue, Suite 500 | Boston, MA 02111 | 617.500.6578
CONNECTICUT | 255 Route 80, PO Box 698 | Killingworth, CT 06419 | 860.663.1190
NEW YORK | 450 Seventh Avenue, 28th Floor | New York, New York 10123 | 212.279.4262
PHILADELPHIA | 40 Monument Road, 5th Floor | Bala Cynwyd, PA 19004 | 610.668.9400
WASHINGTON, DC | 6750 Alexander Bell Drive, Suite 470 | Columbia, MD 21046 | 443.832.4009

**District Council 35 Employee Benefit Funds**

EMPLOYER: New England Fiberglass Windows, LLC
ADDRESS: 60 Pinehurst Drive Boxford, MA 01921
CONTACT: Chuck Kornely
PH NUMBER: (978) 416-9495

REVIEW PERIOD: June 2022 - April 2025
AUDITOR: Graham Buckley

**Reason For Deficiency (RFD):**
A = Not all hours and wages reported for Employee
B = Employee never reported to Fund

**2022**

### Contribution Due for Journeymen

| Name | SS Number | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Justin Cunan | | A | HOURS | | | | | | | | 14.50 | | | | | 14.50 |
| | | | WAGES | | | | | | | | $ 890.40 | | | | | $ 890.40 |
| Robert Sproul | | B | HOURS | | | | | | | 19.00 | | | | | | 19.00 |
| | | | WAGES | | | | | | | $ 942.40 | | | | | | $ 942.40 |
| | | | TOTAL HOURS | - | - | - | - | - | - | 19.00 | 14.50 | - | - | - | - | 33.50 |
| | | | TOTAL WAGES | $ - | $ - | $ - | $ - | $ - | $ - | $ 942.40 | $ 890.40 | $ - | $ - | $ - | $ - | $ 1,832.80 |

### Amount Due

| FUNDS | RATES | 1/1/22 | 7/1/22 | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $ per hour | $8.65 | $9.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 171.00 | $ 130.50 | $ - | $ - | $ - | $ - | $ 301.50 |
| PENSION | $ per hour | $11.65 | $11.70 | $ - | $ - | $ - | $ - | $ - | $ - | $ 222.30 | $ 169.65 | $ - | $ - | $ - | $ - | $ 391.95 |
| ANNUITY | $ per hour | $11.40 | $11.55 | $ - | $ - | $ - | $ - | $ - | $ - | $ 219.45 | $ 167.48 | $ - | $ - | $ - | $ - | $ 386.93 |
| TRAINING | $ per hour | $1.75 | $1.75 | $ - | $ - | $ - | $ - | $ - | $ - | $ 33.25 | $ 25.38 | $ - | $ - | $ - | $ - | $ 58.63 |
| INDUSTRY BETTERMENT | $ per hour | $0.67 | $0.67 | $ - | $ - | $ - | $ - | $ - | $ - | $ 12.73 | $ 9.72 | $ - | $ - | $ - | $ - | $ 22.45 |
| LABOR/ MNGMT FUND | $ per hour | $0.85 | $0.85 | $ - | $ - | $ - | $ - | $ - | $ - | $ 16.15 | $ 12.33 | $ - | $ - | $ - | $ - | $ 28.48 |
| PAC DEDUCTION | $ per hour | $0.15 | $0.15 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.85 | $ 2.18 | $ - | $ - | $ - | $ - | $ 5.03 |
| ORGANIZING DEDUCTION | $ per hour | $0.85 | $0.85 | $ - | $ - | $ - | $ - | $ - | $ - | $ 16.15 | $ 12.33 | $ - | $ - | $ - | $ - | $ 28.48 |
| DUES CHECK OFF | % of wages | 3.00% | 3.00% | $ - | $ - | $ - | $ - | $ - | $ - | $ 28.27 | $ 26.71 | $ - | $ - | $ - | $ - | $ 54.98 |
| | | TOTAL AMOUNT DUE | | $ - | $ - | $ - | $ - | $ - | $ - | $ 722.15 | $ 556.28 | $ - | $ - | $ - | $ - | $ 1,278.43 |

**District Council 35 Employee Benefit Funds**

EMPLOYER: New England Fiberglass Windows, LLC  
ADDRESS: 60 Pinehurst Drive Boxford, MA 01921  
CONTACT: Chuck Kornely  
PH NUMBER: (978) 416-9495

REVIEW PERIOD: June 2022 - April 2025  
AUDITOR: Graham Buckley

**Reason For Deficiency (RFD):**  
A = Not all hours and wages reported for Employee  
B = Employee never reported to Fund

**2023**

### Contribution Due for Apprentice 4

| Name | SS Number | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sean Corcoran | | A | HOURS | | | | | | | 12.00 | | | | | | 12.00 |
| | | | WAGES | | | | | | | $426.72 | | | | | | $426.72 |
| | | | TOTAL HOURS | - | - | - | - | - | - | 12.00 | - | - | - | - | - | 12.00 |
| | | | TOTAL WAGES | $ - | $ - | $ - | $ - | $ - | $ - | $426.72 | $ - | $ - | $ - | $ - | $ - | $426.72 |

### Amount Due

| FUNDS | RATES | 1/1/23 | 7/1/23 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $ per hour | $9.35 | $9.65 | $ - | $ - | $ - | $ - | $ - | $ - | $115.80 | $ - | $ - | $ - | $ - | $ - | $115.80 |
| PENSION | $ per hour | $0.00 | $0.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| ANNUITY | $ per hour | $7.61 | $7.74 | $ - | $ - | $ - | $ - | $ - | $ - | $92.88 | $ - | $ - | $ - | $ - | $ - | $92.88 |
| TRAINING | $ per hour | $1.75 | $1.75 | $ - | $ - | $ - | $ - | $ - | $ - | $21.00 | $ - | $ - | $ - | $ - | $ - | $21.00 |
| INDUSTRY BETTERMENT | $ per hour | $0.67 | $0.72 | $ - | $ - | $ - | $ - | $ - | $ - | $8.64 | $ - | $ - | $ - | $ - | $ - | $8.64 |
| LABOR/ MNGMT FUND | $ per hour | $0.85 | $0.90 | $ - | $ - | $ - | $ - | $ - | $ - | $10.80 | $ - | $ - | $ - | $ - | $ - | $10.80 |
| PAC DEDUCTION | $ per hour | $0.15 | $0.15 | $ - | $ - | $ - | $ - | $ - | $ - | $1.80 | $ - | $ - | $ - | $ - | $ - | $1.80 |
| ORGANIZING DEDUCTION | $ per hour | $0.85 | $0.85 | $ - | $ - | $ - | $ - | $ - | $ - | $10.20 | $ - | $ - | $ - | $ - | $ - | $10.20 |
| DUES CHECK OFF | % of wages | 3.00% | 3.00% | $ - | $ - | $ - | $ - | $ - | $ - | $12.80 | $ - | $ - | $ - | $ - | $ - | $12.80 |
| | | TOTAL AMOUNT DUE | | $ - | $ - | $ - | $ - | $ - | $ - | $273.92 | $ - | $ - | $ - | $ - | $ - | $273.92 |

**District Council 35 Employee Benefit Funds**

EMPLOYER: New England Fiberglass Windows, LLC
ADDRESS: 60 Pinehurst Drive Boxford, MA 01921
CONTACT: Chuck Kornely
PH NUMBER: (978) 416-9495

REVIEW PERIOD: June 2022 - April 2025
AUDITOR: Graham Buckley

**Reason For Deficiency (RFD):**
A = Not all hours and wages reported for Employee
B = Employee never reported to Fund

**2023**

Contribution Due for Apprentice 8

| Name | SS Number | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brian Farmer | | A | HOURS | | | 2.50 | - | | | | | | | | | 2.50 |
| | | | WAGES | | | $ 4,289.89 | $ 647.14 | | | | | | | | | $ 4,937.03 |
| | | | TOTAL HOURS | - | - | 2.50 | - | - | - | - | - | - | - | - | - | 2.50 |
| | | | TOTAL WAGES | $ - | $ - | $ 4,289.89 | $ 647.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,937.03 |

Amount Due

| FUNDS | RATES | 1/1/23 | 7/1/23 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $ per hour | $9.35 | $9.65 | $ - | $ - | $ 23.38 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 23.38 |
| PENSION | $ per hour | $11.75 | $11.80 | $ - | $ - | $ 29.38 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 29.38 |
| ANNUITY | $ per hour | $10.53 | $10.71 | $ - | $ - | $ 26.33 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 26.33 |
| TRAINING | $ per hour | $1.75 | $1.75 | $ - | $ - | $ 4.38 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4.38 |
| INDUSTRY BETTERMENT | $ per hour | $0.67 | $0.72 | $ - | $ - | $ 1.68 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.68 |
| LABOR/ MNGMT FUND | $ per hour | $0.85 | $0.90 | $ - | $ - | $ 2.13 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.13 |
| PAC DEDUCTION | $ per hour | $0.15 | $0.15 | $ - | $ - | $ 0.38 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.38 |
| ORGANIZING DEDUCTION | $ per hour | $0.85 | $0.85 | $ - | $ - | $ 2.13 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.13 |
| DUES CHECK OFF | % of wages | 3.00% | 3.00% | $ - | $ - | $ 128.70 | $ 19.41 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 148.11 |
| | | TOTAL AMOUNT DUE | | $ - | $ - | $ 218.49 | $ 19.41 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 237.90 |

**District Council 35 Employee Benefit Funds**

EMPLOYER: New England Fiberglass Windows, LLC  
ADDRESS: 60 Pinehurst Drive Boxford, MA 01921  
CONTACT: Chuck Komely  
PH NUMBER: (978) 416-9495

REVIEW PERIOD: June 2022 - April 2025  
AUDITOR: Graham Buckley

**Reason For Deficiency (RFD):**  
A = Not all hours and wages reported for Employee  
B = Employee never reported to Fund

**2023**

### Contribution Due for Journeymen

| Name | SS Number | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William Bialecki | | A | HOURS | | | | | | | | 12.00 | 56.00 | | | | 68.00 |
| | | | WAGES | | | | | | | | $ 540.12 | $ 2,417.10 | | | | $ 2,957.22 |
| Ryan Cormier | | B | HOURS | | 42.00 | | | | | | | | | | | 42.00 |
| | | | WAGES | | $ 882.42 | | | | | | | | | | | $ 882.42 |
| Nathan Hall | | A | HOURS | | 4.00 | | | | | | | | | | | 4.00 |
| | | | WAGES | | $ 201.00 | | | | | | | | | | | $ 201.00 |
| David Johnson | | A | HOURS | | | | | | | | | 3.50 | | | | 3.50 |
| | | | WAGES | | | | | | | | | $ 157.54 | | | | $ 157.54 |
| Matthew Schorle | | A | HOURS | | | | | | | | 38.00 | | | | | 38.00 |
| | | | WAGES | | | | | | | | $ 1,930.40 | | | | | $ 1,930.40 |
| | | | TOTAL HOURS | - | 46.00 | - | - | - | - | 38.00 | 15.50 | 56.00 | - | - | - | 155.50 |
| | | | TOTAL WAGES | $ - | $ 1,083.42 | $ - | $ - | $ - | $ - | $ 1,930.40 | $ 697.66 | $ 2,417.10 | $ - | $ - | $ - | $ 6,128.58 |

### Amount Due

| FUNDS | RATES | 1/1/23 | 7/1/23 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $ per hour | $9.35 | $9.65 | $ - | $ 430.10 | $ - | $ - | $ - | $ - | $ 366.70 | $ 149.58 | $ 540.40 | $ - | $ - | $ - | $ 1,486.78 |
| PENSION | $ per hour | $11.75 | $11.80 | $ - | $ 540.50 | $ - | $ - | $ - | $ - | $ 448.40 | $ 182.90 | $ 660.80 | $ - | $ - | $ - | $ 1,832.60 |
| ANNUITY | $ per hour | $11.70 | $11.90 | $ - | $ 538.20 | $ - | $ - | $ - | $ - | $ 452.20 | $ 184.45 | $ 666.40 | $ - | $ - | $ - | $ 1,841.25 |
| TRAINING | $ per hour | $1.75 | $1.75 | $ - | $ 80.50 | $ - | $ - | $ - | $ - | $ 66.50 | $ 27.13 | $ 98.00 | $ - | $ - | $ - | $ 272.13 |
| INDUSTRY BETTERMENT | $ per hour | $0.67 | $0.72 | $ - | $ 30.82 | $ - | $ - | $ - | $ - | $ 27.36 | $ 11.16 | $ 40.32 | $ - | $ - | $ - | $ 109.66 |
| LABOR/ MNGMT FUND | $ per hour | $0.85 | $0.90 | $ - | $ 39.10 | $ - | $ - | $ - | $ - | $ 34.20 | $ 13.95 | $ 50.40 | $ - | $ - | $ - | $ 137.65 |
| PAC DEDUCTION | $ per hour | $0.15 | $0.15 | $ - | $ 6.90 | $ - | $ - | $ - | $ - | $ 5.70 | $ 2.33 | $ 8.40 | $ - | $ - | $ - | $ 23.33 |
| ORGANIZING DEDUCTION | $ per hour | $0.85 | $0.85 | $ - | $ 39.10 | $ - | $ - | $ - | $ - | $ 32.30 | $ 13.18 | $ 47.60 | $ - | $ - | $ - | $ 132.18 |
| DUES CHECK OFF | % of wages | 3.00% | 3.00% | $ - | $ 32.50 | $ - | $ - | $ - | $ - | $ 57.91 | $ 20.93 | $ 72.51 | $ - | $ - | $ - | $ 183.85 |
| | | | TOTAL AMOUNT DUE | $ - | $ 1,737.72 | $ - | $ - | $ - | $ - | $ 1,491.27 | $ 605.61 | $ 2,184.83 | $ - | $ - | $ - | $ 6,019.43 |

**District Council 35 Employee Benefit Funds**

EMPLOYER: New England Fiberglass Windows, LLC
ADDRESS: 60 Pinehurst Drive Boxford, MA 01921
CONTACT: Chuck Kornely
PH NUMBER: (978) 416-9495

REVIEW PERIOD: June 2022 - April 2025
AUDITOR: Graham Buckley

**Reason For Deficiency (RFD):**
A = Not all hours and wages reported for Employee
B = Employee never reported to Fund

2024

Contribution Due for Apprentice 1

| Name | SS Number | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sean Burke | | A | HOURS | | | | | | | 29.25 | | | | | | 29.25 |
| | | | WAGES | | | | | | | $585.00 | | | | | | $585.00 |
| Koran Hall | | B | HOURS | | | | | | | | 100.00 | | | | | 100.00 |
| | | | WAGES | | | | | | | | $2,306.38 | | | | | $2,306.38 |
| James Maynard | | B | HOURS | | | | | | | | | 57.25 | 149.50 | | | 206.75 |
| | | | WAGES | | | | | | | | | $1,383.63 | $3,493.17 | | | $4,876.80 |
| Patrick Tavares | | B | HOURS | | | | | | | | 97.00 | | | | | 97.00 |
| | | | WAGES | | | | | | | | $2,035.06 | | | | | $2,035.06 |
| | | | TOTAL HOURS | - | - | - | - | - | - | 29.25 | 197.00 | 57.25 | 149.50 | - | - | 433.00 |
| | | | TOTAL WAGES | $ - | $ - | $ - | $ - | $ - | $ - | $585.00 | $4,341.44 | $1,383.63 | $3,493.17 | $ - | $ - | $9,803.24 |

Amount Due

| FUNDS | RATES | 1/1/24 | 7/1/24 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $ per hour | $9.95 | $10.10 | $ - | $ - | $ - | $ - | $ - | $ - | $295.43 | $1,989.70 | $578.23 | $1,509.95 | $ - | $ - | $4,373.31 |
| PENSION | $ per hour | $0.00 | $0.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| ANNUITY | $ per hour | $0.00 | $0.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TRAINING | $ per hour | $1.75 | $1.80 | $ - | $ - | $ - | $ - | $ - | $ - | $52.65 | $354.60 | $103.05 | $269.10 | $ - | $ - | $779.40 |
| INDUSTRY BETTERMENT | $ per hour | $0.72 | $0.72 | $ - | $ - | $ - | $ - | $ - | $ - | $21.06 | $141.84 | $41.22 | $107.64 | $ - | $ - | $311.76 |
| LABOR/ MNGMT FUND | $ per hour | $1.05 | $1.15 | $ - | $ - | $ - | $ - | $ - | $ - | $33.64 | $226.55 | $65.84 | $171.93 | $ - | $ - | $497.96 |
| PAC DEDUCTION | $ per hour | $0.15 | $0.15 | $ - | $ - | $ - | $ - | $ - | $ - | $4.39 | $29.55 | $8.59 | $22.43 | $ - | $ - | $64.96 |
| ORGANIZING DEDUCTION | $ per hour | $0.85 | $0.85 | $ - | $ - | $ - | $ - | $ - | $ - | $24.86 | $167.45 | $48.66 | $127.08 | $ - | $ - | $368.05 |
| VACATION FUND | $ per hour | $1.00 | $1.10 | $ - | $ - | $ - | $ - | $ - | $ - | $32.18 | $216.70 | $62.98 | $164.45 | $ - | $ - | $476.31 |
| DUES CHECK OFF | % of wages | 3.00% | 3.00% | $ - | $ - | $ - | $ - | $ - | $ - | $17.55 | $130.24 | $41.51 | $104.80 | $ - | $ - | $294.10 |
| | | | TOTAL AMOUNT DUE | $ - | $ - | $ - | $ - | $ - | $ - | $481.76 | $3,256.63 | $950.08 | $2,477.38 | $ - | $ - | $7,165.85 |

**District Council 35 Employee Benefit Funds**

EMPLOYER: New England Fiberglass Windows, LLC
ADDRESS: 60 Pinehurst Drive Boxford, MA 01921
CONTACT: Chuck Komely
PH NUMBER: (978) 416-9495

REVIEW PERIOD: June 2022 - April 2025
AUDITOR: Graham Buckley

**Reason For Deficiency (RFD):**
A = Not all hours and wages reported for Employee
B = Employee never reported to Fund

**2024**

### Contribution Due for Apprentice 3

| Name | SS Number | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Noah Gonzalez | | A | HOURS | | | | | | | | | | | | 64.00 | 64.00 |
| | | | WAGES | | | | | | | | | | | | $1,781.04 | 1,781.04 |
| | | TOTAL HOURS | | - | - | - | - | - | - | - | - | - | - | - | 64.00 | 64.00 |
| | | TOTAL WAGES | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $1,781.04 | $1,781.04 |

### Amount Due

| FUNDS | RATES | 1/1/24 | 7/1/24 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $ per hour | $9.95 | $10.10 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 646.40 | $ 646.40 |
| PENSION | $ per hour | $0.00 | $0.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| ANNUITY | $ per hour | $7.26 | $7.35 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 470.40 | $ 470.40 |
| TRAINING | $ per hour | $1.75 | $1.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 115.20 | $ 115.20 |
| INDUSTRY BETTERMENT | $ per hour | $0.72 | $0.72 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 46.08 | $ 46.08 |
| LABOR/ MNGMT FUND | $ per hour | $1.05 | $1.15 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 73.60 | $ 73.60 |
| PAC DEDUCTION | $ per hour | $0.15 | $0.15 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 9.60 | $ 9.60 |
| ORGANIZING DEDUCTION | $ per hour | $0.85 | $0.85 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 54.40 | $ 54.40 |
| VACATION FUND | $ per hour | $1.00 | $1.10 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 70.40 | $ 70.40 |
| DUES CHECK OFF | % of wages | 3.00% | 3.00% | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 53.43 | $ 53.43 |
| | | TOTAL AMOUNT DUE | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $1,539.51 | $1,539.51 |

**District Council 35 Employee Benefit Funds**

EMPLOYER: New England Fiberglass Windows, LLC
ADDRESS: 60 Pinehurst Drive Boxford, MA 01921
CONTACT: Chuck Kornely
PH NUMBER: (978) 416-9495

REVIEW PERIOD: June 2022 - April 2025
AUDITOR: Graham Buckley

**Reason For Deficiency (RFD):**
A = Not all hours and wages reported for Employee
B = Employee never reported to Fund

**2024**

### Contribution Due for Apprentice 4

| Name | SS Number | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Cabral | | B | HOURS | | | | | | | | | 164.00 | 8.00 | 120.00 | 15.00 | 307.00 |
| | | | WAGES | | | | | | | | | $7,392.00 | $201.60 | $3,024.00 | $378.00 | $10,995.60 |
| Derrell Foster | | B | HOURS | | | | | | | 32.00 | | | | | | 32.00 |
| | | | WAGES | | | | | | | $799.36 | | | | | | $799.36 |
| | | | TOTAL HOURS | - | - | - | - | - | - | 32.00 | - | 164.00 | 8.00 | 120.00 | 15.00 | 339.00 |
| | | | TOTAL WAGES | $ - | $ - | $ - | $ - | $ - | $ - | $799.36 | $ - | $7,392.00 | $201.60 | $3,024.00 | $378.00 | $11,794.96 |

### Amount Due

| FUNDS | RATES | 1/1/24 | 7/1/24 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $ per hour | $9.95 | $10.10 | $ - | $ - | $ - | $ - | $ - | $ - | $323.20 | $ - | $1,656.40 | $80.80 | $1,212.00 | $151.50 | $3,423.90 |
| PENSION | $ per hour | $0.00 | $0.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| ANNUITY | $ per hour | $7.87 | $7.96 | $ - | $ - | $ - | $ - | $ - | $ - | $254.72 | $ - | $1,305.44 | $63.68 | $955.20 | $119.40 | $2,698.44 |
| TRAINING | $ per hour | $1.75 | $1.80 | $ - | $ - | $ - | $ - | $ - | $ - | $57.60 | $ - | $295.20 | $14.40 | $216.00 | $27.00 | $610.20 |
| INDUSTRY BETTERMENT | $ per hour | $0.72 | $0.72 | $ - | $ - | $ - | $ - | $ - | $ - | $23.04 | $ - | $118.08 | $5.76 | $86.40 | $10.80 | $244.08 |
| LABOR/ MNGMT FUND | $ per hour | $1.05 | $1.15 | $ - | $ - | $ - | $ - | $ - | $ - | $36.80 | $ - | $188.60 | $9.20 | $138.00 | $17.25 | $389.85 |
| PAC DEDUCTION | $ per hour | $0.15 | $0.15 | $ - | $ - | $ - | $ - | $ - | $ - | $4.80 | $ - | $24.60 | $1.20 | $18.00 | $2.25 | $50.85 |
| ORGANIZING DEDUCTION | $ per hour | $0.85 | $0.85 | $ - | $ - | $ - | $ - | $ - | $ - | $27.20 | $ - | $139.40 | $6.80 | $102.00 | $12.75 | $288.15 |
| VACATION FUND | $ per hour | $1.00 | $1.10 | $ - | $ - | $ - | $ - | $ - | $ - | $35.20 | $ - | $180.40 | $8.80 | $132.00 | $16.50 | $372.90 |
| DUES CHECK OFF | % of wages | 3.00% | 3.00% | $ - | $ - | $ - | $ - | $ - | $ - | $23.98 | $ - | $221.76 | $6.05 | $90.72 | $11.34 | $353.85 |
| | | | TOTAL AMOUNT DUE | $ - | $ - | $ - | $ - | $ - | $ - | $786.54 | $ - | $4,129.88 | $196.69 | $2,950.32 | $368.79 | $8,432.22 |

**District Council 35 Employee Benefit Funds**

EMPLOYER: New England Fiberglass Windows, LLC  
ADDRESS: 60 Pinehurst Drive  Boxford, MA 01921  
CONTACT: Chuck Kornely  
PH NUMBER: (978) 416-9495

REVIEW PERIOD: June 2022 - April 2025  
AUDITOR: Graham Buckley

**Reason For Deficiency (RFD):**  
A = Not all hours and wages reported for Employee  
B = Employee never reported to Fund

**2024**

### Contribution Due for Journeymen

| Name | SS Number | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joseph Archie | | A | HOURS | | | | | | | | | 10.00 | 136.00 | 40.00 | | 186.00 |
| | | | WAGES | | | | | | | | | $ 630.00 | $ 5,775.00 | $ 1,680.00 | | $ 8,085.00 |
| Adam Bartlett | | A | HOURS | | | | | | | | 41.00 | 26.50 | 76.00 | | | 143.50 |
| | | | WAGES | | | | | | | | $ 1,743.00 | $ 1,249.50 | $ 3,268.00 | | | $ 6,260.50 |
| David DiStefano | | B | HOURS | | | | | | | | | 47.00 | | | | 47.00 |
| | | | WAGES | | | | | | | | | $ 1,974.00 | | | | $ 1,974.00 |
| John Hanchock | | A | HOURS | | | | | | | | | | | 32.00 | 64.00 | 96.00 |
| | | | WAGES | | | | | | | | | | | $ 1,664.96 | $ 2,992.64 | $ 4,657.60 |
| Christopher Hefner | | A | HOURS | | | | | | | | | 4.00 | 44.00 | | | 48.00 |
| | | | WAGES | | | | | | | | | $ 252.00 | $ 1,932.00 | | | $ 2,184.00 |
| Andrew Heller | | A | HOURS | | | | | | 22.00 | | | | | | | 22.00 |
| | | | WAGES | | | | | | $ 880.00 | | | | | | | $ 880.00 |
| Mark Jeglinski | | B | HOURS | | | | | | | | | 36.50 | | | | 36.50 |
| | | | WAGES | | | | | | | | | $ 1,533.00 | | | | $ 1,533.00 |
| Jeremiah Kyer | | A | HOURS | | | | | | | 32.00 | | | | | | 32.00 |
| | | | WAGES | | | | | | | $ 1,665.60 | | | | | | $ 1,665.60 |
| Tina Morgan | | B | HOURS | | | | | | | | | | 24.00 | 40.00 | | 64.00 |
| | | | WAGES | | | | | | | | | | $ 1,008.00 | $ 1,680.00 | | $ 2,688.00 |
| Daniel Morrison | | B | HOURS | | | | | | | | | 38.00 | | | | 38.00 |
| | | | WAGES | | | | | | | | | $ 1,776.88 | | | | $ 1,776.88 |
| Stephen Quinn | | A | HOURS | | | | | | 32.50 | | | | | | | 32.50 |
| | | | WAGES | | | | | | $ 2,554.75 | | | | | | | $ 2,554.75 |
| Paul Reed | | A | HOURS | | | | | | | | 33.00 | 74.00 | 50.00 | | | 157.00 |
| | | | WAGES | | | | | | | | $ 1,386.00 | $ 3,945.75 | $ 777.00 | | | $ 6,108.75 |
| Norbert Talavera Resto | | A | HOURS | | | | | | | | | | | 32.00 | 66.00 | 98.00 |
| | | | WAGES | | | | | | | | | | | $ 1,496.32 | $ 2,992.64 | $ 4,488.96 |
| Anthony White | | A | HOURS | | | | | | | | 41.00 | 88.25 | 101.00 | | | 230.25 |
| | | | WAGES | | | | | | | | $ 2,160.08 | $ 5,853.26 | $ 5,725.59 | | | $ 13,738.93 |
| | | TOTAL HOURS | | - | - | - | - | - | 32.50 | 54.00 | 115.00 | 324.25 | 431.00 | 144.00 | 130.00 | 1,230.75 |
| | | TOTAL WAGES | | $ - | $ - | $ - | $ - | $ - | $ 2,554.75 | $ 2,545.60 | $ 5,289.08 | $ 17,214.39 | $ 18,485.59 | $ 6,521.28 | $ 5,985.28 | $ 58,595.97 |

### Amount Due

| FUNDS | RATES | 1/1/24 | 7/1/24 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $ per hour | $9.95 | $10.10 | $ - | $ - | $ - | $ - | $ - | $ 323.38 | $ 545.40 | $ 1,161.50 | $ 3,274.93 | $ 4,353.10 | $ 1,454.40 | $ 1,313.00 | $ 12,425.71 |
| PENSION | $ per hour | $11.80 | $11.85 | $ - | $ - | $ - | $ - | $ - | $ 383.50 | $ 639.90 | $ 1,362.75 | $ 3,842.36 | $ 5,107.35 | $ 1,706.40 | $ 1,540.50 | $ 14,582.76 |
| ANNUITY | $ per hour | $12.10 | $12.25 | $ - | $ - | $ - | $ - | $ - | $ 393.25 | $ 661.50 | $ 1,408.75 | $ 3,972.06 | $ 5,279.75 | $ 1,764.00 | $ 1,592.50 | $ 15,071.81 |
| TRAINING | $ per hour | $1.75 | $1.80 | $ - | $ - | $ - | $ - | $ - | $ 56.88 | $ 97.20 | $ 207.00 | $ 583.65 | $ 775.80 | $ 259.20 | $ 234.00 | $ 2,213.73 |
| INDUSTRY BETTERMENT | $ per hour | $0.72 | $0.72 | $ - | $ - | $ - | $ - | $ - | $ 23.40 | $ 38.88 | $ 82.80 | $ 233.46 | $ 310.32 | $ 103.68 | $ 93.60 | $ 886.14 |
| LABOR/ MNGMT FUND | $ per hour | $1.05 | $1.15 | $ - | $ - | $ - | $ - | $ - | $ 34.13 | $ 62.10 | $ 132.25 | $ 372.89 | $ 495.65 | $ 165.60 | $ 149.50 | $ 1,412.12 |
| PAC DEDUCTION | $ per hour | $0.15 | $0.15 | $ - | $ - | $ - | $ - | $ - | $ 4.88 | $ 8.10 | $ 17.25 | $ 48.64 | $ 64.65 | $ 21.60 | $ 19.50 | $ 184.62 |
| ORGANIZING DEDUCTION | $ per hour | $0.85 | $0.85 | $ - | $ - | $ - | $ - | $ - | $ 27.63 | $ 45.90 | $ 97.75 | $ 275.61 | $ 366.35 | $ 122.40 | $ 110.50 | $ 1,046.14 |
| VACATION FUND | $ per hour | $1.00 | $1.10 | $ - | $ - | $ - | $ - | $ - | $ 32.50 | $ 59.40 | $ 126.50 | $ 356.68 | $ 474.10 | $ 158.40 | $ 143.00 | $ 1,350.58 |
| DUES CHECK OFF | % of wages | 3.00% | 3.00% | $ - | $ - | $ - | $ - | $ - | $ 76.64 | $ 76.37 | $ 158.67 | $ 516.43 | $ 554.57 | $ 195.64 | $ 179.56 | $ 1,757.88 |
| | | TOTAL AMOUNT DUE | | $ - | $ - | $ - | $ - | $ - | $ 1,356.19 | $ 2,234.75 | $ 4,755.22 | $ 13,476.71 | $ 17,781.64 | $ 5,951.32 | $ 5,375.66 | $ 50,931.49 |